1000

No. 90–1649. Rojas *v.* Alexander's Department Store, Inc., *ante*, p. 809;

No. 90–1670. Connors et al. *v.* United States, *ante*, p. 899;

No. 90–1674. Denenburg et ux. *v.* United States, *ante*, p. 809;

No. 90–1740. Safir *v.* Nickerson, Judge, United States District Court for the Eastern District of New York, *ante*, p. 811;

No. 90–1771. City of Henderson et al. *v.* United States District Court for the District of Nevada (Nevada Entertainment Industries, Inc., et al., Real Parties in Interest), *ante*, p. 812;

No. 90–1857. City of Yonkers, New York *v.* United States et al. (two cases), *ante*, p. 816;

No. 90–1945. King *v.* Board of Regents of the University of Georgia et al., *ante*, p. 821;

No. 90–7054. Eaton *v.* Virginia, *ante*, p. 824;

No. 90–7781. Twitty *v.* Maass, Superintendent, Oregon State Penitentiary, *ante*, p. 827;

No. 90–8059. Sanders *v.* Kentucky, *ante*, p. 831;

No. 90–8083. Anderson *v.* ALCOA et al., *ante*, p. 832;

No. 90–8281. Brown *v.* Lungren, Attorney General of California, *ante*, p. 841;

No. 90–8295. Kelly *v.* California, *ante*, p. 842;

No. 90–8324. Morris et al. *v.* Donrey of Nevada, Inc., et al., *ante*, p. 844;

No. 90–8405. Zettlemoyer *v.* Fulcomer, Superintendent, State Correctional Institution at Huntingdon, et al., *ante*, p. 902;

No. 90–8417. In re Searcy, *ante*, p. 806;

No. 90–8471. Cummings *v.* United States, *ante*, p. 852;

No. 90–8480. Ebker *v.* Tan Jay International et al., *ante*, p. 853;

No. 91–41. Gargallo *v.* Gargallo, *ante*, p. 857;

No. 91–66. Stephens *v.* Alabama, *ante*, p. 859;

No. 91–116. Carroll et al. *v.* United States, *ante*, p. 862;

No. 91–160. First Federal Savings Bank & Trust et al. *v.* Director, Office of Thrift Supervision, et al., *ante*, p. 864;

No. 91–174. CENTENNIAL ET AL. *v.* PLACER DOME U. S., INC., *ante*, p. 864;

No. 91–223. DHALIWAL *v.* WOODS DIVISION, HESSTON CORP., ET AL., *ante*, p. 867;

No. 91–5042. IN RE PEERNOCK, *ante*, p. 806;

No. 91–5046. MCCULLEY *v.* UNITED STATES, *ante*, p. 872;

No. 91–5066. A'GIZA *v.* SAN BERNARDINO WEST SIDE COMMUNITY DEVELOPMENT CORP. ET AL., *ante*, p. 873;

No. 91–5090. PARKS *v.* SAFFLE, WARDEN, *ante*, p. 874;

No. 91–5096. SERNA *v.* ARIZONA, *ante*, p. 875;

No. 91–5115. LAWS *v.* NORTH CAROLINA, *ante*, p. 876;

No. 91–5170. EDWARDS *v.* EQUAL EMPLOYMENT OPPORTUNITY COMMISSION ET AL., *ante*, p. 911;

No. 91–5171. CRAWFORD *v.* MICHIGAN, *ante*, p. 879;

No. 91–5178. MASON *v.* CALIFORNIA, *ante*, p. 879;

No. 91–5190. MCKENZIE *v.* DISTRICT OF COLUMBIA RENTAL HOUSING COMMISSION, *ante*, p. 880;

No. 91–5235. FERDIK *v.* RICHARDSON ET AL., *ante*, p. 882;

No. 91–5237. PYLE *v.* CITY OF TUCSON ET AL., *ante*, p. 882;

No. 91–5294. GILREATH *v.* ZANT, WARDEN, *ante*, p. 885;

No. 91–5301. ALEXANDER *v.* MISSOURI STATE BOARD OF LAW EXAMINERS, *ante*, p. 885;

No. 91–5391. PRINCE *v.* VIRGINIA DEPARTMENT OF MEDICAL ASSISTANCE SERVICES, *ante*, p. 890;

No. 91–5392. PURVIN *v.* BERGENS ET AL., *ante*, p. 890;

No. 91–5404. KLEINSCHMIDT *v.* FINLEY, KUMBLE, WAGNER, HEINE, UNDERBERG, MANLEY, MEYERSON & CASEY, P. A., ET AL., *ante*, p. 891;

No. 91–5432. FORTE *v.* MASSACHUSETTS, *ante*, p. 893;

No. 91–5458. JARVI *v.* NOBLE ET AL., *ante*, p. 913;

No. 91–5498. JOHNSON *v.* COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, *ante*, p. 895;

No. 91–5557. IN RE KNOWLES, *ante*, p. 806;

No. 91–5562. JARVI *v.* UNITED STATES ET AL., *ante*, p. 914; and

No. 91–5616. SUEING *v.* BROWN ET AL., *ante*, p. 926. Petitions for rehearing denied. JUSTICE THOMAS took no part in the consideration or decision of these petitions.

No. 90–1776. CHAMBERS *v.* SOUTHWESTERN BELL TELEPHONE CO., *ante*, p. 900. Petition for rehearing denied. JUSTICE